| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | BRIGID S. MARTIN  (CABN 231705)<br>Assistant United States Attorney |
| 5 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612 |
| 6 | Telephone: (510) 637-3697<br>Fax: (510) 637-3724 |
| 7 | E-Mail: brigid.martin@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 12-00574-01 PJH |
| )  Plaintiff,  ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v.  ) | ORDER CONTINUING HEARING AND |
| ) | EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT FROM AUGUST |
| DIONTE HOUFF, et al.,  ) | 10, 2012 THROUGH AUGUST 22, 2012 |
| )  Defendants.  ) | |
| ) | |

STIPULATION

On August 1, 2012, the parties appeared before the Court.  At the request fo defense counsel, the Court set an appearance for defendant Dionte Houff on August 10, 2012, for status on discovery.  The government and defense counsel have agreed to meet in an effort to reach an agreed upon protective order to govern discovery in this case.  Prior to reaching an agreement on the protective order, the government has invited defense counsel to review evidence in the government's office.  The government and counsel for both defendants in this case plan to meet and confer on Friday, August 10, 2012, when all parties are available.  As such, the parties

STIP. AND PROP. ORDER
CR 12-00574-01 PJH

1 stipulate and agree to continue the hearing in the above-captioned matter until the appearance
2 already scheduled before the Honorable Phyllis J. Hamilton on Wednesday, August 22, 2012, at
3 1:30 p.m. Because discovery issues have yet to be resolved, time should be excluded
4 for effective preparation of defense counsel and continuity of defense counsel.

For the foregoing reasons, the parties stipulate and agree to the stated continuance and request that time between August 10 and August 22, 2012 be excluded when computing time under the Speedy Trial Act.

Dated: August 9, 2012            /s/ Brigid S. Martin
                                 BRIGID S. MARTIN
                                 Assistant United States Attorney

Dated: August 9, 2012            /s/ Juliana Drous
                                 JULIANA DROUS
                                 Counsel for Dionte Houff

## [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 10, 2012, and August 22, 2012, would unreasonably deny the defendant continuity of counsel, and deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 10, 2012, and August 22, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between August 10, 2012, and August 22, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: August 9, 2012            /s/ Kandis Westmore
                                 HON. KANDIS A. WESTMORE
                                 United States Magistrate Judge

STIP. AND PROP. ORDER
CR 12-00574-01 PJH            -2-