UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DIONTE HOUFF and<br>HOUSTON NATHANIEL, III,<br>Defendants. | Case No. 12-cr-00574-PJH-1, -2<br>**ORDER DENYING MOTION TO RESET SENTENCING HEARING**<br>Re: Dkt. No. 288 |
|---|---|

Before the court is the government's motion to reset the sentencing of defendants Dionte Houff and Houston Nathaniel, III, at the request of the infant victim's family members. In the absence of either an agreement by defendants to reset the sentencing or a showing of good cause, the motion to reset sentencing is DENIED.

**IT IS SO ORDERED.**

Dated: January 17, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge