UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>DIONTE HOUFF,<br>        Defendant. | Case No. 12-cr-00574-PJH-1<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 608 |

Defendant Dionte Houff, appearing pro se, has filed a motion for extension of time to file a reply in support of his petition, under 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence. See Dkt. 608. Defendant's motion explains that he was transferred to a different facility in July 2024, and that his legal mail, including materials needed to prepare his reply, was misplaced and has not yet been found. See id. Defendant also attaches a memorandum from the Bureau of Prisons, confirming that defendant's legal mail was indeed misplaced and has not yet been located. See id. at 2. Defendant seeks an extension until "after [the] 3rd week of January 2024 [sic]," which the court takes to mean January 2025. See id. at 1.

The government has not filed a response to defendant's motion for extension.

The court concludes that the reasons presented by defendant do indeed warrant an extension of time. Accordingly, the court GRANTS defendant's motion for extension of time, and the deadline to file a reply in support of his § 2255 petition shall be extended to **January 31, 2025**.

**IT IS SO ORDERED.**

Dated: November 13, 2024

                                                /s/ *Phyllis J. Hamilton*
                                                PHYLLIS J. HAMILTON
                                                United States District Judge